UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 16 2008

'MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| MICHAEL KING, | ) |
| CLAUDE MCKAY III | ) |
| | ) |
| | ) |

Magistrate Judge
Morton Denlow

08 CR 561

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, SEIZURE AND ARREST WARRANTS

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, and states as follows in support of its Motion

to Seal Complaint, Affidavit, Arrest Warrants, Search Warrants, Seizure Warrants and Orders.

Special Agent Eric Durante of the United States Drug Enforcement Administration is the primary

source of information for the Complaint, Affidavit, Search Warrants, Seizure Warrants and Arrest

Warrants.  The Affidavit details the facts supporting probable cause that defendants MICHAEL

KING, and CLAUDE MCKAY III have  violated federal criminal law, including conspiracy to

knowingly and intentionally possess with intent to distribute a controlled substance, namely, one

kilogram or more of mixtures containing heroin, a Schedule I Controlled Substance, and five

kilograms or more of mixtures containing cocaine, a Schedule II Controlled Substance, in violation

of 21 U.S.C. Section 846.  If the defendants were made aware of the facts contained in the Affidavit

and of the issuance of the Arrest, Search and Seizure Warrants, then the investigation and the

execution of the Arrest, Search and Seizure Warrants would be jeopardized.

For the foregoing reason, the government respectfully requests that the Complaint, Affidavit,

Arrest Warrants, Search Warrants, Seizure Warrants and Orders be sealed until the initial appearance

of the first of the Arrest Warrants in this case, but no later than August 18, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    *Thomas D. Shakeshaft*

THOMAS D. SHAKESHAFT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-0667

DATE: JULY 16, 2008