# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 561- 1-2 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Michael King and Claude McKay, III | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Michael King and Claude McKay, III. Government's motion to seal complaint, affidavit, seizure and arrest warrants until the initial appearance of the first of the arrest warrants in this case but no later than 8/18/08 is granted. Enter Order.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|