Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 561-1 | DATE | 7/21/2008 |
| CASE TITLE | USA vs. Michael King | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the complaint, affidavit, and arrest warrants is granted. Initial appearance proceedings held. Defendant appears in response to arrest on 7/17/08. Defendant informed of rights. Defendant to remain in custody pending preliminary examination and detention hearing set for 7/24/08 at 3:00 p.m.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | DK |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL 22 PM 5:09

FILED