**FILED**
JUL 2 1 2008
MAGISTRATE JUDGE
MORTON DENLOW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case  08 CR 561-1

US v. MICHAEL KING

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL KING

| | |
|---|---|
| SIGNATURE | s/ [signature] |
| FIRM | DURKIN & ROBERTS |
| STREET ADDRESS | 53 W. JACKSON BLVD #615 |
| CITY/STATE/ZIP | CHICAGO IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6191124 |
| TELEPHONE NUMBER | 312 981-0125 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☑   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☑   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑     APPOINTED COUNSEL ☐