## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                   Case No.: 1:08−cr−00561

                                                                 Honorable Morton Denlow

Michael King, et al.

                           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Morton Denlow:Detention Hearing reset to 8/19/2008 at10:15 AM.and Preliminary Examination reset to 8/19/2008 at 10:15 AM. on request of the parties. Detention hearing set for 8/7/08 is stricken. Mailed notice (dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.