## UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

MICHAEL KING

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 561

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Michael King _____
                                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   X Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with   (brief description of offense)

**conspiracy to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely, a kilogram or more of heroin, a Schedule I Narcotic Drug Controlled Substance, and five kilograms or more of cocaine, a Schedule II Narcotic Drug Controlled Substance,**

FILED
8-29-08
AUG 2 9 2008

in violation of Title ___21___ United States Code, Section(s) ___846 and 841___

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

___MORTON DENLOW___
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_Morton Denlow_
Signature of Issuing Officer

Chicago, Illinois
July 16, 2008
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 93 (Rev. 2/90) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 07/16/08 | DATE AND TIME WARRANT EXECUTED 07/16/08 AT 7:32 P.M. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH CYNTHIA THOMAS |
| INVENTORY MADE IN THE PRESENCE OF  TFO AMALFO CORRAL |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT  MICHAEL KING |||

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate            Date